UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LISA HUNTER,

    Plaintiff,

vs.

KETTERING MEDICAL CENTER, *et al.*,

    Defendants.

Case No. 3:23-cv-267

District Judge Michael J. Newman

---

**ORDER STAYING BRIEFING SCHEDULE ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT (Doc. Nos. 18, 20) UNTIL AFTER MEDIATION**

---

On December 5, 2024, this Court referred this case to mediation. Doc. No. 21. As such, the Court **STAYS** briefing on the parties' motions for summary judgment (Doc. Nos. 18, 20) until after mediation.

**IT IS SO ORDERED.**

December 6, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge