UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LISA HUNTER,

    Plaintiff,                                           Case No. 3:23-cv-267

vs.

KETTERING MEDICAL CENTER, *et al.*,     District Judge Michael J. Newman

    Defendants.

---

**ORDER: (1) LIFTING AND VACATING THE STAY OF THIS CASE (Doc. No. 22); AND (2) SETTING A BRIEFING SCHEDULE**

---

On April 9, 2025, the Court reported that the case was at an impasse following mediation. As such, the Court **LIFTS** and **VACATES** the stay of this case.  Doc. No. 22.  The Court **SETS** the following briefing schedule on the motions for summary judgment (Doc. Nos. 18, 20):

1. Response to the motion for summary judgment is due by **May 1, 2025**;

2. Reply to the motion for summary judgment is due by **May 15, 2025**.

**IT IS SO ORDERED.**

April 10, 2025                                             s/*Michael J. Newman*
                                                                  Hon. Michael J. Newman
                                                                  United States District Judge