UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LISA HUNTER,

    Plaintiff,

vs.

KETTERING MEDICAL CENTER, *et al.*,

    Defendants.

Case No. 3:23-cv-267

District Judge Michael J. Newman

---

**ORDER: (1) LIFTING AND VACATING THE STAY OF THIS CASE (Doc. No. 36); (2) SETTING A BRIEFING SCHEDULE; AND (3) NOTING THE ISSUE OF SANCTIONS REMAINS PENDING**

---

On July 30, 2025, following the conclusion of mediation, Magistrate Judge Peter B. Silvain, Jr. reported that the case was at an impasse. As such, the Court **LIFTS** and **VACATES** the stay of this case. Doc. No. 36. The Court **SETS** the following briefing schedule on the pending motions for summary judgment (Doc. Nos. 18, 20):

1. Memoranda in Opposition to the motions for summary judgment are due by **August 22, 2025**;

2. Replies to the motion for summary judgment are due by **September 5, 2025**.

The Court also **NOTES** the issue of sanctions remains pending.

**IT IS SO ORDERED.**

August 4, 2025                                         s/*Michael J. Newman*
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge