UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LISA HUNTER,

     Plaintiff,

vs.

KETTERING MEDICAL CENTER, *et al.*,

     Defendants.

Case No. 3:23-cv-267

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

### ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

May 28, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge